UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
FILED
2019 JUL -9 P 12: 43
STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD A. STENSON,

    Defendant.

Case No. **19-CR-127**

[18 U.S.C. §§ 2423(c) and (e); 18 U.S.C. §§ 1591(a)(1) and (b)(2); 18 U.S.C. § 1596(a)(1)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Between approximately November 1, 2016, and approximately June 1, 2019,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, traveled in foreign commerce and permanently and temporarily resided in a foreign country, and engaged in and attempted to engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with Minor 1 who was then under 18 years of age.

In violation of Title 18, United States Code, Sections 2423(c) and (e).

## COUNT TWO

**THE GRAND JURY FURHTER CHARGES THAT:**

Between approximately November 1, 2016, and approximately June 1, 2019,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, traveled in foreign commerce and permanently and temporarily resided in a foreign country, and engaged in and attempted to engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with Minor 2, who was then under 18 years of age.

In violation of Title 18, United States Code, Sections 2423(c) and (e).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately November 1, 2016, and approximately June 1, 2019,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, traveled in foreign commerce and permanently and temporarily resided in a foreign country, and engaged in and attempted to engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with Minor 3, who was then under 18 years of age.

In violation of Title 18, United States Code, Sections 2423(c) and (e).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately November 1, 2016, and approximately June 1, 2019,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, traveled in foreign commerce and permanently and temporarily resided in a foreign country, and engaged in and attempted to engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f)(2), with Minor 4, who was then under 18 years of age.

In violation of Title 18, United States Code, Sections 2423(c) and (e).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately November 1, 2016, and approximately June 1, 2019, in the Republic of the Philippines,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, did knowingly, in and affecting interstate and foreign commerce, entice, patronize, and solicit by any means Minor 1, knowing and in reckless disregard of the fact, that Minor 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 1596(a)(1).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately November 1, 2016, and approximately June 1, 2019, in the Republic of the Philippines,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, did knowingly, in and affecting interstate and foreign commerce, entice, patronize, and solicit by any means Minor 2, knowing and in reckless disregard of the fact, that Minor 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 1596(a)(1).

6

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately November 1, 2016, and approximately June 1, 2019, in the Republic of the Philippines,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, did knowingly, in and affecting interstate and foreign commerce, entice, patronize, and solicit by any means Minor 3, knowing and in reckless disregard of the fact, that Minor 3 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 1596(a)(1).

## COUNT EIGHT

**THE GRAND JURY CHARGES:**

Between approximately November 1, 2016, and approximately June 1, 2019, in the Republic of the Philippines,

**DONALD A. STENSON,**

a citizen of the United States, with a last known residence within the State and Eastern District of Wisconsin, did knowingly, in and affecting interstate and foreign commerce, entice, patronize, and solicit by any means Minor 4, knowing and in reckless disregard of the fact, that Minor 4 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), and 1596(a)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2423, set forth in Counts One through Four of this Indictment, Donald A. Stenson shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428:

    a. any property, real or personal, used or intended to be used to commit or to facilitate the commission of any violation of this chapter and

    b. any property, real or personal, that constitutes or is derived from proceeds traceable to any violation of this chapter.

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 1591, set forth in Counts Five through Eight of this Indictment, Donald A. Stenson, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594:

    a. any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of any violation of this chapter, and any property traceable to such property and

    b. any property, real or personal, which constitutes or is derived from proceeds traceable to any violation of this chapter.

A TRUE BILL:

FOREPERSON

Dated: July 9th, 2019

MATTHEW D. KRUEGER
United States Attorney

9