AO 442 (WIED 02/17) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2019 JUL 19 A 11: 41
STEPHEN C. DRIES
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 19-CR-127 |
| DONALD A. STENSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DONALD A. STENSON, who is accused of an offense or violation on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Pretrial Release Violation Petition
☐ Violation Notice   ☐ Order of Court

This offense is briefly described as follows:  18 USC § 2423 (c) and (e) – Traveling in foreign commerce and engaging in illicit sexual conduct

Date: July 9, 2019

*Issuing officer's signature*

STEPHEN C. DRIES, Clerk, U.S. District Court

City and State:  Milwaukee, Wisconsin       By: K. Hubacz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/9/2019, and the person was arrested on *(date)* 7/12/2019
at *(city and state)* West Allis, WI

Date: 7/12/2019

*Arresting officer's signature*

Kevin Wrona – Special Agent
*Printed name and title*