UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,            Case No. 19-CR-127

vs.

DONALD STENSON,

            Defendant.

---

**STIPULATION FOR SUBSTITUTION OF PRIVATE COUNSEL**

---

IT IS HEREBY STIPULATED AND AGREED, at the request and consent of the defendant Donald Stenson (Stenson), that Attorney Jason D. Luczak, Attorney Nicole M. Masnica and Gimbel, Reilly, Guerin & Brown LLP, be substituted as the attorney of record for Stenson in the captioned matter in the place of Attorney John W. Campion.

Date: 12/16/19

DONALD STENSON, Defendant

Date: 12/16/19

JASON D. LUCZAK
State Bar No. 1070883

Date: 12/16/19

NICOLE M. MASNICA
State Bar No. 1079819

Date: 12/17/2019

JOHN W. CAMPION
State Bar No. 1002697